**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **JAMES FIELD RUDWALL,**<br>**an individual,** | |
| **Plaintiff,** | **Case No. 1:24-cv-07627** |
| **vs.** | |
| **UBS FINANCIAL SERVICES INC.,**<br>**a Delaware corporation,** | |
| **Defendant.** | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Howard & Howard Attorneys, PLLC, counsel for Defendant UBS Financial Services Inc.

in above-captioned action, hereby provides notice to the Court of the withdrawal of Nicholas A.

Worden as counsel representing UBS Financial Services Inc. in this matter. Michael F. Braun of

Howard & Howard Attorneys Attorneys, PLLC will continue to represent UBS Financial Services

Inc. in this matter.

Dated: January 28, 2025                   Respectfully Submitted,

                              **UBS FINANCIAL SERVICES INC.**

                              _/s/ Michael F. Braun_____
                                One of its Attorneys

Michael F. Braun (ARDC No. 6180471)
Howard & Howard Attorneys PLLC
200 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 372-4000
Fax: (312) 939-5617
FIRM No. 46359
mbraun@howardandhoward.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 28, 2025 he filed the foregoing Notice of Withdrawal of Counsel and the document(s) to which it refers with the Clerk of this Court, and served a copy of such filing to all parties of record registered to receive such notice in this case.

*/s/ Michael F. Braun*